# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

| | |
|---|---|
| WILLIAM T. DARBY, INDIVIDUALLY AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF MINNIE E. DARBY, DECEASED, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 2:05cv191 WAP-EMB ) ) |
| MERCK & CO., INC. and JOHN DOES 1-10, | ) JURY DEMAND ) ) |
| Defendants. | ) ) |

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the motion and the entire record in the cause finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

SO ORDERED, ADJUDGED and DECREED, this the 10th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE